■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAXIMO LUNA, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Lawrence, J.), rendered June 20, 1985, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Tinsley,* 35 NY2d 926; *People v Stubbs,* 110 AD2d 725). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.